DEH/LJW: USAO#2016R00481

ARH
8/17/16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JKB-16-0429 |
| | * | |
| CHARLES GILLIAM, JR. | * | UNDER SEAL |
| a/k/a "Big Head Charlie", | * | |
| a/k/a "Big C", | * | (Conspiracy to Distribute and Possess |
| a/k/a "Chuck", | * | with Intent to Distribute Cocaine Base |
| | * | and Heroin, 21 U.S.C. §§ 846, 841(a)(1)) |
| THEODORE SMITH | * | |
| a/k/a "Money", | * | |
| | * | |
| DARRYL SCOTT | * | |
| a/k/a "Kojak", | * | |
| | * | |
| ANTHONY HART | * | |
| a/k/a "Big Man", | * | |
| a/k/a "Loaf", | * | |
| | * | |
| LEON KOGER | * | |
| a/k/a "JB", | * | |
| | * | |
| TARIK BROOKS | * | |
| a/k/a "Sweets", | * | |
| | * | |
| JERMAINE EPPS | * | |
| a/k/a "Ponth", | * | |
| | * | |
| DARREN FARMER | * | |
| a/k/a "JuJu", | * | |
| | * | |
| TERRY DOWNS | * | |
| a/k/a "Charles Davenport", | * | |
| | * | |
| ASANTE LEROY MARSHALL | * | |
| a/k/a "Tay", | * | |
| | * | |
| KEVIN RASEAN MOORE | * | |
| a/k/a "Akia Owens", | * | |
| | * | |
| EDDIE LEWIS | * | |
| a/k/a "E", | * | |
| Defendants. | * | |

******

**INDICTMENT**

The Grand Jury for the District of Maryland charges:

## COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

From in or about October 2015 and continuing through the date of this Indictment, in the District of Maryland and elsewhere,

**CHARLES GILLIAM, JR.**
a/k/a "Big Head Charlie",
a/k/a "Big C",
a/k/a "Chuck",

**THEODORE SMITH**
a/k/a "Money",

**DARRYL SCOTT**
a/k/a "Kojak",

**ANTHONY HART**
a/k/a "Big Man",
a/k/a "Loaf",

**LEON KOGER**
a/k/a "JB",

**TARIK BROOKS**
a/k/a "Sweets",

**JERMAINE EPPS**
a/k/a "Ponth",

**DARREN FARMER**
a/k/a "JuJu",

**TERRY DOWNS**
a/k/a "Charles Davenport",

**ASANTE LEROY MARSHALL**
a/k/a "Tay",

**KEVIN RASEAN MOORE**
a/k/a "Akia Owens", AND

**EDDIE LEWIS**
a/k/a "E",

the defendants herein, did knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute: (1) a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, and (2) a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. §§ 841, 846.

### Quantity of Controlled Substances Involved in the Conspiracy

With respect to: **CHARLES GILLIAM, JR., a/k/a "Big Head Charlie", a/k/a "Big C", a/k/a "Chuck"; THEODORE SMITH, a/k/a "Money"; DARRYL SCOTT, a/k/a "Kojak"; ANTHONY HART, a/k/a "Big Man", a/k/a "Loaf"; LEON KOGER, a/k/a "JB"; TARIK BROOKS, a/k/a "Sweets"; and JERMAINE EPPS, a/k/a "Ponth";** the quantity of controlled substances in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 280 grams or more of a mixture or substance containing cocaine base, in violation of 21 U.S.C. § 841(b)(1)(A);

With respect to: **DARREN FARMER, a/k/a "JuJu"; TERRY DOWNS, a/k/a "Charles Davenport"; ASANTE LEROY MARSHALL, a/k/a "Tay"; and EDDIE LEWIS, a/k/a "E";** the quantity of controlled substances in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 28 grams or more of a mixture or substance containing cocaine base, in violation of 21 U.S.C. § 841(b)(1)(B);

With respect to **CHARLES GILLIAM, JR., a/k/a "Big Head Charlie", a/k/a "Big C", a/k/a "Chuck"; LEON KOGER, a/k/a "JB"; and KEVIN RASEAN MOORE, a/k/a "Akia Owens";** the quantity of controlled substances in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(C).

## FORFEITURE

The Grand Jury further finds that:

Pursuant to Title 21 U.S.C. § 853(a), upon conviction of Count One in this Indictment, each defendant shall forfeit to the United States of America:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

21 U.S.C. §853(a)
21 U.S.C. §2461(c)
Fed. R. Crim. P. 32.2.(a)

*Rod J. Rosenstein/DEH*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date: 24 AUGUST 2016