IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. CCB-16-429 |
| | * | |
| CHARLES GILLIAM, Jr., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ***** | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through undersigned counsel, moves this Court to seal the Government's Response to Defendant Gilliam's Letter dated February 10, 2020. The defendant filed his letter under seal because it contains sensitive, personal information. The government submits that disclosure of its response would reveal sensitive, personal information about the defendant.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /s/
_____
Derek E. Hines
Leo J. Wise
Assistant United States Attorneys
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

1